Weapons, 40 Cyc. p. 861, n. 82.

---

### 18433. THOMAS v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the single ground of the amendment to the motion for a new trial

---

Criminal Law, 16 C. J. p. 1122, n. 70.

Drunkards, 19 C. J. p. 802, n. 17.

was without merit. The refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Drunkenness on highway; from Fannin superior court—Judge Pomeroy presiding. July 2, 1927.

*John T. Dorsey, John C. Bell,* for plaintiff in error.

*George D. Anderson,* solicitor-general, contra.